123 A.3d 727

IN THE MATTER OF RICHARD P. RINALDO, AN ATTORNEY
AT LAW (ATTORNEY NO. 006462003).

October 15, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–371, concluding that **RICHARD P. RINALDO** of **UNION TOWNSHIP**, who was admitted to the bar of this State in 2003, should be suspended from practice for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate with client), and *RPC* 1.16(b) (improper termination of representation);

And **RICHARD P. RINALDO** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the matter that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **RICHARD P. RINALDO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.